# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GENE SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC ARNOLD,<br><br>    Defendant. | Case No. 17-cv-01155-BLF<br><br>**JUDGMENT** |

For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: August 31, 2018

_____
BETH LABSON FREEMAN
United States District Judge